# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

OCONTO FALLS TISSUE, INC.

    Plaintiff,

v.                                                       Case #07-C-636

STOWE WOODWARD, LLC.

    Defendant .

## ORDER

On December 19, 2007, a mediation was conducted in the above-captioned action by United States Magistrate Judge James R. Sickel. The parties appeared as follows: Plaintiff, Oconto Falls Tissue, Inc. by Attorneys C. David Stellpflug and Michael Kirschling; the Defendant, Stowe Woodward, LLC, by Attorney Dawn Korver. Also participating in mediation were Ron Vanden Heuvel of Plaintiff Corporation and Jay Powers and John La Chapelle of Defendant LLC.

The mediation lasted from 10 a.m. to 2:30 p.m.

The mediation was concluded successfully whereby the Defendant agreed to pay to the Plaintiff the sum of $16,560.00 by Friday, 12/21/2007. Upon payment, the case would be dismissed with prejudice. Attorney Michael Kirschling, on behalf of the Plaintiff, will present to the Court an Order of Dismissal upon receipt of payment.

The parties confirmed the Mediation Settlement Agreement on the record. Accordingly,

NOW, THEREFORE, it is hereby ordered that this case be and hereby is returned to United States District Judge William C. Griesbach for entry of an appropriate order of dismissal after the parties finalize settlement documents.

Dated this  21st  day of December, 2007.

BY THE COURT:

  s/ James R. Sickel
James R. Sickel
United States Magistrate Judge